# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | | |
|---|---|---|
| In re: EUBANK, GARY, II | § | Case No. 8:11-bk-21769-CPM |
| EUBANK, CHRISTINE MARIE | § | |
| | § | |
| Debtor(s) GORRIS, CHRISTINE MARIE | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 28, 2011.  The undersigned trustee was appointed on November 29, 2011.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $                 2,859.23

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an | |
| interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 275.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 215.51 |
| Leaving a balance on hand of[1]          $ | 2,368.72 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 04/16/2012 and the deadline for filing governmental claims was 05/26/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $660.93.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $660.93, for a total compensation of $660.93.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $96.34, for total expenses of $96.34.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/18/2013              By:/s/DOUGLAS N. MENCHISE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 8:11-bk-21769-CPM | Trustee: (290770)    DOUGLAS N. MENCHISE |
| Case Name: EUBANK, GARY, II | Filed (f) or Converted (c): 11/28/11 (f) |
| EUBANK, CHRISTINE MARIE | §341(a) Meeting Date: 01/04/12 |
| Period Ending: 06/18/13 | Claims Bar Date: 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1    Single-family Residence (Homestead), 3 bedroom, Orig. Asset Memo: Orig. Description: Single-family Residence (Homestead), 3 bedroom, 2, bath single family home 1200 sq ft, at 18319, Kentisbury Court, Land O Lakes, Pasco County, FL 34638; Imported from original petition Doc# 1 | 122,347.00 | 0.00 | | 0.00 | FA |
| 2    Checking, savings or other financial accounts, c Orig. Asset Memo: Orig. Description: Checking Accnt w/Bank of America- #7186; Imported from original petition Doc# 1 | 96.39 | 96.39 | | 96.39 | FA |
| 3    Checking, savings or other financial accounts, c Orig. Asset Memo: Orig. Description: Checking Account w/Four Star Checking -#6837; Imported from original petition Doc# 1 | 19.35 | 19.35 | | 19.35 | FA |
| 4    Checking, savings or other financial accounts, c Orig. Asset Memo: Orig. Description: Savings Account w/Bank of America - Budget Acct #9390; Imported from original petition Doc# 1 | 0.95 | 0.95 | | 0.95 | FA |
| 5    Checking, savings or other financial accounts, c Orig. Asset Memo: Orig. Description: Savings Account w/Bank of America - Our Savings #-9632; Imported from original petition Doc# 1 | 4.59 | 4.59 | | 4.59 | FA |
| 6    Checking, savings or other financial accounts, c Orig. Asset Memo: Orig. Description: Savings Account w/USSA FSB, Accnt #1894 Location: USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-9876; Imported from original petition Doc# 1 | 17.95 | 17.95 | | 17.95 | FA |
| 7    Household goods and furnishings, including audio Orig. Asset Memo: Orig. Description: Household goods and furnishings, including: 2 bedroom sets, 1 sofa, 1 chair, 1 dining room set; Computer desk, desktop computer; 39 LCD TV; Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 0.00 | FA |
| 8    Books, pictures and other art objects, antiques, | 25.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:11-bk-21769-CPM | **Trustee:** (290770)  DOUGLAS N. MENCHISE |
| **Case Name:** EUBANK, GARY, II | **Filed (f) or Converted (c):** 11/28/11 (f) |
| EUBANK, CHRISTINE MARIE | **§341(a) Meeting Date:** 01/04/12 |
| **Period Ending:** 06/18/13 | **Claims Bar Date:** 04/16/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: Misc books, CDs, DVDs, ordinary wall hangings; Imported from original petition Doc# 1 | | | | | |
| 9 | Wearing apparel.<br>    Orig. Asset Memo: Orig. Description: Debtor's Clothing (no tuxedo or evening attire); Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 10 | Wearing apparel.<br>    Orig. Asset Memo: Orig. Description: Co-Debtor's Clothing (no designer clothing/no evening wear); Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 11 | Furs and jewelry.<br>    Orig. Asset Memo: Orig. Description: Wedding rings; Imported from original petition Doc# 1 | 300.00 | 300.00 | | 300.00 | FA |
| 12 | Firearms and sports, photographic and other hobb<br>    Orig. Asset Memo: Orig. Description: Firearms: 1 Smith & Wesson Model 64 .38 caliber 6-shot revolver; used for work; Imported from original petition Doc# 1 | 150.00 | 35.00 | | 35.00 | FA |
| 13 | Interests in IRA, ERISA, Keogh, or other pension<br>    Orig. Asset Memo: Orig. Description: Retirement 401(a) Plan Through Employer, Moffitt; Prudential Retirement Accnt 0779; Imported from original petition Doc# 1 | 6,748.52 | 0.00 | | 0.00 | FA |
| 14 | Interests in IRA, ERISA, Keogh, or other pension<br>    Orig. Asset Memo: Orig. Description: Florida Retirement Pension Plan (not presently drawing); Imported from original petition Doc# 1 | 41,795.64 | 0.00 | | 0.00 | FA |
| 15 | Automobiles, trucks, trailers and other vehicles<br>    Orig. Asset Memo: Orig. Description: 2010 Ford Focus SE 22,300 miles; value = kbb private party "good"; Imported from original petition Doc# 1 | 13,495.00 | 0.00 | | 0.00 | FA |
| 16 | Automobiles, trucks, trailers and other vehicles<br>    Orig. Asset Memo: Orig. Description: 2010 Ford Focus SEL, 31,800 miles; value = kbb private party "good"; Imported from original petition Doc# 1 | 12,150.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 8:11-bk-21769-CPM | Trustee:    (290770)    DOUGLAS N. MENCHISE |
| Case Name: EUBANK, GARY, II | Filed (f) or Converted (c): 11/28/11 (f) |
| EUBANK, CHRISTINE MARIE | §341(a) Meeting Date: 01/04/12 |
| Period Ending: 06/18/13 | Claims Bar Date: 04/16/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Animals.<br>  Orig. Asset Memo: Orig. Description: 2 family pet<br>  dogs; Imported from original petition Doc# 1 | 1.00 | 1.00 | | 1.00 | FA |
| 18 | TAX REFUNDS-U  (u)<br>  2011 tax refund | 1,000.00 | 1,000.00 | | 2,384.00 | FA |
| 18 | **Assets    Totals** (Excluding unknown values) | **$200,011.39** | **$1,475.23** | | **$2,859.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

01/11/12 - Filed Notice of Assets and Request for Bar Date; Filed Application to Employ Attorney; Submitted standard proposed order; Filed Motion to Compel Turnover of Tax Refund and standard order; Sent letter to IRS re: turnover of tax refund;  05/16/12 - Sent letter to Atty Silvestri on buyback and tax refund; 04/25/13 - Filed Motion to Set Off Debtors' Portion of Tax Refund to Buyback; 05/16/13 - Withdrew Motion to Set Off; Filed Notice of Sale; Forwarded check for Debtors' portion of tax refund; Pulled claims for review;

***FILED TFR 6/18/13

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | November 30, 2012 | Current Projected Date Of Final Report (TFR): | June 18, 2013  (Actual) |

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 8:11-bk-21769-CPM | |
| **Case Name:** | EUBANK, GARY, II | |
| | EUBANK, CHRISTINE MARIE | |
| **Taxpayer ID #:** | **-***4406 | |
| **Period Ending:** | 06/18/13 | |

| | | |
|---|---|---|
| **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******93-66 - Checking Account |
| **Blanket Bond:** | $63,640,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/12 | {18} | UNITED STATES TREASURY | 2011 TAX REFUND | 1224-000 | 2,384.00 | | 2,384.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,359.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,334.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,309.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,284.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,259.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,234.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,209.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,184.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,159.00 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029077088 20130110 | 9999-000 | | 2,159.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,384.00 | 2,384.00 | **$0.00** |
| Less: Bank Transfers | 0.00 | 2,159.00 | |
| **Subtotal** | **2,384.00** | **225.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,384.00** | **$225.00** | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 8:11-bk-21769-CPM |
| **Case Name:** | EUBANK, GARY, II |
| | EUBANK, CHRISTINE MARIE |
| **Taxpayer ID #:** | **-***-4406 |
| **Period Ending:** | 06/18/13 |

| | |
|---|---|
| **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****225966 - Checking Account |
| **Blanket Bond:** | $63,640,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | <br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,159.00 | | 2,159.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,149.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,139.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,129.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,119.00 |
| 05/15/13 | | GARY EUBANK II | BUYBACK OF NON-EXEMPT ASSETS | | 475.23 | | 2,594.23 |
| | {2} | | 96.39 | 1129-000 | | | 2,594.23 |
| | {3} | | 19.35 | 1129-000 | | | 2,594.23 |
| | {4} | | 0.95 | 1129-000 | | | 2,594.23 |
| | {5} | | 4.59 | 1129-000 | | | 2,594.23 |
| | {6} | | 17.95 | 1129-000 | | | 2,594.23 |
| | {11} | | 300.00 | 1129-000 | | | 2,594.23 |
| | {12} | | 35.00 | 1129-000 | | | 2,594.23 |
| | {17} | | 1.00 | 1129-000 | | | 2,594.23 |
| 05/16/13 | 10101 | GARY AND CHRISTINE EUBANK | PAYMENT OF DEBTORS' PORTION OF TAX REFUND PER 2/22/13 COURT ORDER | 8500-002 | | 215.51 | 2,378.72 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,368.72 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,634.23 | 265.51 | **$2,368.72** |
| Less: Bank Transfers | 2,159.00 | 0.00 | |
| **Subtotal** | 475.23 | 265.51 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$475.23** | **$265.51** | |

| | |
|---|---|
| Net Receipts : | 2,859.23 |
| Less Other Noncompensable Items : | 215.51 |
| Net Estate : | $2,643.72 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******93-66** | **2,384.00** | **225.00** | **0.00** |
| **Checking # ****225966** | **475.23** | **265.51** | **2,368.72** |
| | **$2,859.23** | **$490.51** | **$2,368.72** |

{} Asset reference(s)

# Exhibit C

## Case:  8:11-bk-21769-CPM        EUBANK, GARY, II

Claims Bar Date:    04/16/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | USAA FEDERAL SAVINGS BANK C O Weinstein And Riley, PS 2001 Western Avenue, Ste 400 Seattle, WA 98121 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/02/12 | | $2,101.53 $2,101.53 | $0.00 | $2,101.53 |
| 2 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/07/12 | | $226.90 $226.90 | $0.00 | $226.90 |
| 3 | Nelnet 3015 South Parker Road Suite 400 Aurora, CO 80014 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/14/12 | | $5,295.01 $5,295.01 | $0.00 | $5,295.01 |
| 4 | FIA Card Services, N.A. as successor to Bank of America, N.A. (USA) PO Box 15102 Wilmington, DE 19886-5102 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/16/12 | | $1,984.82 $1,984.82 | $0.00 | $1,984.82 |
| 5 | FIA Card Services, N.A. as successor to Bank of America, N.A. (USA) PO Box 15102 Wilmington, DE 19886-5102 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/16/12 | | $1,423.60 $1,423.60 | $0.00 | $1,423.60 |
| 6 | Sallie Mae Inc, On Behalf Of The Department of Education, DOE P.O. Box 740351 Atlanta, GA 30374-0351 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/27/12 | | $37,613.05 $37,613.05 | $0.00 | $37,613.05 |
| 7 | sallie mae c/o sallie mae inc. 220 lasley ave. wilkes-barre, PA 18706 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/27/12 | | $4,457.92 $4,457.92 | $0.00 | $4,457.92 |
| 8 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/29/12 | | $647.41 $647.41 | $0.00 | $647.41 |

# Exhibit C

### Case:  8:11-bk-21769-CPM        EUBANK, GARY, II

Claims Bar Date:    04/16/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Midland Funding LLC | Unsecured | | $2,098.35 | $0.00 | $2,098.35 |
| | By its authorized agent Recoser, LLC | 02/29/12 | | $2,098.35 | | |
| | 25 SE 2nd Ave, Suite 1120 | | | | | |
| | Miami, FL 33131 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 | Citibank, N.A. | Unsecured | | $925.71 | $0.00 | $925.71 |
| | c/o American InfoSource LP | 03/05/12 | | $925.71 | | |
| | PO Box 248840 | | | | | |
| | Oklahoma City, OK 73124-8840 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 | eCAST Settlement Corporation | Unsecured | | $465.19 | $0.00 | $465.19 |
| | c/o Bass & Associates, P.C. | 09/11/12 | | $465.19 | | |
| | 3936 E Ft. Lowell, Suite 200 | | | | | |
| | Tucson, AZ 85712 | | | | | |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| | | | | **Case Total:** | **$0.00** | **$57,239.49** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:11-bk-21769-CPM
Case Name: EUBANK, GARY, II
Trustee Name: DOUGLAS N. MENCHISE

**Balance on hand:**                    $          2,368.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                        $          2,368.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DOUGLAS N. MENCHISE | 660.93 | 0.00 | 660.93 |
| Trustee, Expenses - DOUGLAS N. MENCHISE | 96.34 | 0.00 | 96.34 |
| Attorney for Trustee, Fees - DOUGLAS N. MENCHISE, ESQUIRE | 520.00 | 0.00 | 520.00 |

Total to be paid for chapter 7 administration expenses:    $          1,277.27
Remaining balance:                                          $          1,091.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $          0.00
Remaining balance:                                             $          1,091.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 1,091.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,774.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | USAA FEDERAL SAVINGS BANK | 2,101.53 | 0.00 | 40.40 |
| 2 | Capital One Bank (USA), N.A. | 226.90 | 0.00 | 4.36 |
| 3 | Nelnet | 5,295.01 | 0.00 | 101.79 |
| 4 | FIA Card Services, N.A. as successor to | 1,984.82 | 0.00 | 38.16 |
| 5 | FIA Card Services, N.A. as successor to | 1,423.60 | 0.00 | 27.37 |
| 6 | Sallie Mae Inc, On Behalf Of The | 37,613.05 | 0.00 | 723.08 |
| 7 | sallie mae | 4,457.92 | 0.00 | 85.70 |
| 8 | Midland Funding LLC | 647.41 | 0.00 | 12.45 |
| 9 | Midland Funding LLC | 2,098.35 | 0.00 | 40.34 |
| 10 | Citibank, N.A. | 925.71 | 0.00 | 17.80 |

Total to be paid for timely general unsecured claims: $ 1,091.45

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 465.19 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----|----|----|----|----|
| 11 | eCAST Settlement Corporation | 465.19 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----|----|----|----|----|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00